No. 02–10960. SMITH v. OZMINT, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 02–10961. SKORNIAK v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–10962. SANDERS v. BERTRAND, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 02–10964. BORICHA, AKA BORECHA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–10965. ALVAREZ-MENDOZA v. UNITED STATES; and MARTINEZ-SANCHEZ, AKA MARIN, AKA MARIN-OLIVAREZ, AKA CASTANEDA v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 61 Fed. Appx. 922 (first judgment) and 923 (second judgment).

No. 02–10966. BLACKMON, AKA DENSON v. BOWERSOX, SUPERINTENDENT, SOUTH CENTRAL CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 02–10967. CARTER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–10968. ECKARD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–10969. CATES v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 02–10970. KIPP, AKA PEREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10971. COOK v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–10972. EVANS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 02–10973. WALTERS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–10975. COSCO v. ORTEGA, INTERIM DIRECTOR, WYOMING DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Wyo. Certiorari denied.